UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS DANIEL PRIMEAUX &
PERRIELIN SESSIONS,

Plaintiff,

v.

COUNTY OF SOLANO, et al.,

Defendants.

Case No.  2:25-cv-3139-DC-JDP (PS)

ORDER ADOPTING FINDINGS AND
RECOMMENDATIONS

(ECF No. 8)

Plaintiff proceeds *pro se* in this civil action.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 6, 2026, the magistrate judge filed findings and recommendations, which were served on the parties and contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 8.) No objections were filed and the time in which to do so has passed.

The court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . .").  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed on March 6, 2026 (ECF No. 8), are ADOPTED;

2.  This action is DISMISSED due to Plaintiff's failure to state a cognizable claim; and

3.  The Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated:    **March 24, 2026**    _____

Dena Coggins
United States District Judge

2